IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**SHAQUITA JEFFERSON**                                                **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO. 1:25-CV-167-RPC-DAS**

**PEDIATRUST COLUMBUS, LLC,** *et al.*                              **DEFENDANTS**

### **ORDERY DENYING MOTIONS FOR ENTRY OF DEFAULT [17, 30, 32]**

      Before the court are Plaintiff's three *pro se* motions for entry of default against Defendant Gulfco of Mississippi, LLC. Gulfco filed a special response, arguing that it has not been properly served as the plaintiff attempted service on an in-state corporation by certified mail. The court agrees. The requests for entry of default shall be **DENIED**.

      In her reply in support of the motion for entry of default, Plaintiff seeks a 30-day extension to perfect service of process. However, a response to a previous filing cannot include a counter-motion. *See* L.U. CIV. R. 7(b). Plaintiff's request for additional time to serve is therefore denied without prejudice.

      SO ORDERED, this the 5th day of March, 2026.

                                            /s/ David A. Sanders
                                            UNITED STATES MAGISTRATE JUDGE