**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**SHAQUITA JEFFERSON**                                                                      **PLAINTIFF**

**v.**                                                                      **CIVIL CAUSE NO. 1:25-CV-167-RPC-DAS**

**PEDIATRUST COLUMBUS, LLC,** *et al.*                                                  **DEFENDANT**

## <u>ORDER</u>

Before the Court is Plaintiff's Motion for Waiver of Pacer Fees [57]. The Clerk of Court is hereby

directed to process this in the usual manner for PACER exemption requests.

**SO ORDERED**, this the 9th day of June, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE
