**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**SHAQUITA JEFFERSON**                                                          **PLAINTIFF**

**VS**                                                 **CIVIL ACTION NO. 1:25-cv-00167-RPC-DAS**

**NEURALOGIX MANAGEMENT, LLC,**
**PEDIATRUST COLUMBUS, LLC and**
**GULFCO OF MISSISSIPPI, LLC**                                                **DEFENDANTS**

## ORDER TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS PENDING COMPLETION OF ARBITRATION

On June 23, 2026, Defendant Gulfco of Mississippi, LLC ("Gulfco") filed a Motion to Dismiss and Compel Arbitration and Motion to Stay as to Gulfco [Doc. 68], wherein it requested this Court to enter an Order to Compel Arbitration because Gulfco and Plaintiff Shaquita Jefferson ("Jefferson") previously agreed to resolve all disputes arising from and/or related to the Installment Loan Agreement and Disclosure Statement entered into by the parties via binding arbitration. On August 11, 2026, this Court entered a finding that the matter was required to be submitted to arbitration for resolution. [Doc. 78].

Therefore, the Court finds the Motion to Compel Arbitration [Doc. 68] to be well-taken and it is hereby **GRANTED**. Jefferson and Gulfco are therefore **ORDERED to ARBITRATE** their claims in accordance with the contractual arbitration agreement. Further, the Court **STAYS** this action as to Gulfco, pending the completion of the arbitration between the parties.

**SO ORDERED**, this the 12th day of August, 2026.

*Robert P. Chamberlin*
_____
**UNITED STATES DISTRICT JUDGE**